# United States Bankruptcy Court
## Southern District of New York

| | Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pretty Girl of Fordham Road Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**13-4126755** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**203 East Fordham Road**<br>**Bronx, NY**<br>ZIP Code **10458** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bronx** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9    ☐ Chapter 15 Petition for Recognition<br>■ Chapter 11    of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>   of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Pretty Girl of Fordham Road Corp.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Pretty Girl, Inc.** | Case Number:<br>**14-11979** | Date Filed:<br>**7/02/14** |
| District:<br>**Southern District of New York** | Relationship:<br>**Affiliate** | Judge:<br>**Sean H. Lane** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)　　　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Pretty Girl of Fordham Road Corp.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Sanford P. Rosen**
Signature of Attorney for Debtor(s)

**Sanford P. Rosen (SR-4966)**
Printed Name of Attorney for Debtor(s)

**Rosen & Associates, P.C.**
Firm Name

**747 Third Avenue**
**New York, NY 10017-2803**
_____
Address

                        **Email: srosen@rosenpc.com**
**(212) 223-1100  Fax: (212) 223-1102**
Telephone Number

**May  7, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Albert Nigri**
Signature of Authorized Individual

**Albert Nigri**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May  7, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x

In re                                                                    Chapter 11

Pretty Girl of Fordham Road Corp.,                          Case No.

                            Debtor.
--------------------------------------------------------x

## DECLARATION OF ALBERT NIGRI
## PURSUANT TO RULE 1007-2 OF THE LOCAL BANKRUPTCY
## RULES FOR THE SOUTHERN DISTRICT OF NEW YORK

Albert Nigri declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1.      I am the sole officer, director, and shareholder of Pretty Girl Fordham Road Corp., the debtor and debtor in possession (the "**Debtor**") in the above-captioned chapter 11 case.  In this capacity, I am familiar with the day-to-day operations, business, and financial affairs of the Debtor.

2.      I submit this Declaration pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**") to assist this Court and other parties in interest in understanding the circumstances giving rise to the commencement of this chapter 11 case.

3.      Except as set forth below, all facts set forth in this Declaration are based upon my personal knowledge and/or information provided to me concerning the operations and financial affairs of the Debtor.  If called upon to testify, I would testify competently to the facts set forth below.  I am authorized to submit this Declaration on behalf of the Debtor.

4.      The Debtor is a corporation organized under the laws of the state of New York.  It maintains its offices at 201-213 East Fordham Road, New York, NY 10458 (the "**Premise**s").  The Debtor operates a retail store under the name "Pretty Girl" that sells

fashionable junior, missy, and plus-size clothing, accessories, and footwear to price-conscious women.

5.     The Debtor is an affiliate of Pretty Girl, Inc., which filed a voluntary petition under chapter 11 of title 11, United States Code (the "**Bankruptcy Code**") on July 2, 2014 in the United States Bankruptcy Court for the Southern District of New York (*In re Pretty Girl, Inc.*, 14-11979 (SHL)).  The chapter 11 case of Pretty Girl, Inc. was converted to one under chapter 7 on December 23, 2014.  The Debtor also is an affiliate of 20 non-debtor affiliated stores (the "**Stores**") each of which is separately incorporated.

6.     The Debtor's assets consist of its inventory, which secures its obligation to repay indebtedness in the amount of approximately $1.4 million (the "**Indebtedness**") of Pretty Girl, Inc. to JP Morgan Chase, N.A. (the "**Bank**").  The Indebtedness also is guarantied by each of the Stores, as well as PGNY, Inc., a non-debtor affiliate wholly owned by Mr. Nigri, and Mr. Nigri personally.

7.     As of May 6, 2015, the Debtor's books and records reflect assets totaling approximately $586,000.00 and liabilities totaling approximately $837,000.00, exclusive of amounts due to the Bank under its guaranty.

8.     In February 2012, the Debtor, as tenant, entered into a lease extension agreement (the "**Lease**") with Fordham Grand LLC, as landlord (the "**Landlord**"), for the Premises.

9.     On or about August 25, 2014, the Landlord commenced an action in the Civil Court of the City of New York, County of Bronx, L&T Commercial Part, against the Debtor (*Fordham Grand LLC v. Pretty Girl of Fordham Road Corp.*, L&T Index No. 901619/2014) seeking a judgment of eviction awarding it possession of the Premises and a

money judgment in the amount of approximately $285,000. The Debtor answered the complaint and asserted affirmatives defenses.

10.     On or about April 22, 2015, a judgment of possession was entered against the Debtor and, on May 1, 2015, a warrant of eviction was issued to the Marshal.

11.     At the time of the commencement of the Debtor's chapter 11 case, the warrant had not been executed. Consequently, the Debtor has a residual right to reinstate the Lease under section 749(3) of the New York Real Property Actions & Proceedings Law and the Lease is "unexpired" for purposes of section 365(d) of the Bankruptcy Code and may be assumed by the Debtor.

12.     The Debtor commenced its chapter 11 case in order to safeguard its leasehold interest and its ability to continue to operate its business at the Premises and to maintain, protect, and preserve its property.

## Information Required by Local Rule 1007-2

13.     Local Rule 1007-2 requires the Debtor to disclose certain information. This information is outlined below and set forth in the schedules attached hereto.

14.     Pursuant to Local Rule 1007-2(a)(4), the Debtor is required to set forth the following information with respect to the holders of its twenty (20) largest unsecured claims, excluding claims of insiders: the creditor's name, address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), and telephone number; the name(s) of persons(s) familiar with the Debtor's accounts, if any; the amount of the claim; and an indication of whether the claim is contingent, unliquidated, disputed, or partially secured. Such information is set forth in Exhibit "A" attached hereto.

15.     Pursuant to Local Rule 1007-2(a)(5), the Debtor is required to set forth the following information with respect to each of the holders of its five (5) largest secured claims: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address); the amount of the claim; a brief description and an estimate of the value of the collateral securing the claim; and an indication of whether the claim or lien is disputed.  The Debtor's only secured creditor is the Bank, which, as of the commencement of the Debtor's chapter 11 case, has an undisputed contingent claim in the amount of the Indebtedness.  As of the commencement of the Debtor's chapter 11 case, the book value of the Debtor's inventory is approximately $303,000.00  The Bank's contact information is as follows:

> JPMorgan Chase Bank, NA
> c/o Platzer, Swergold, Levine,
>   Goldberg, Katz & Jaslow, LLP
> 475 Park Avenue South
> New York, NY 10016
> Attn: Clifford A. Katz, Esq.

16.     Pursuant to Local Rule 1007-2(a)(6), the Debtor is required to set forth a summary of its assets and liabilities.  A summary of the Debtor's assets and liabilities is set forth in Exhibit "B" attached hereto.

17.     Pursuant to Local Rule 1007-2(a)(7), the Debtor is required to disclose whether any of its securities are publicly held.  None of the Debtor's securities are publicly held.

18.     Pursuant to Local Rule 1007-2(a)(8), the Debtor is required to set forth a list of all property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, secured creditor, or agent for any such entity, giving the name, address, and telephone number of such entity, and the location of the court in which any proceeding relating thereto is pending.  None of the Debtor's property is so held.

19.     Pursuant to Local Rule 1007-2(a)(9), the Debtor is required to set forth a list of the premises owned, leased, or held under other arrangement from which it operates its business. As set forth above, the Debtor occupies the Premises pursuant to the Lease.

20.     Pursuant to Local Rule 1007-2(a)(10), the Debtor is required to disclose the location of its substantial assets, the location of its books and records, and the nature, location, and value of any assets held by the Debtor outside the territorial limits of the United States. The Debtor's primary asset is its inventory. The Debtor's assets and its books and records are located at the Premises.

21.     Pursuant to Local Rule 1007-2(a)(11), the Debtor is required to set forth a list of the nature and present status of each action or proceeding, pending or threatened, against it or its property where a judgment against it or a seizure of its property may be imminent. Such information is set forth in Exhibit "C" attached hereto.

22.     Pursuant to Local Rule 1007-2(a)(12), the Debtor is required to disclose the names of the individuals who comprise its respective existing senior management, their tenure, and a brief summary of their relevant responsibilities and experience. I am the sole officer of the Debtor and have been so since its inception in 2013.

23.     Pursuant to Local Rule 1007-2(b)(1)-(2)(A), the Debtor is required to disclose the estimated amount of weekly payroll to employees (not including officers, directors, and stockholders) and the estimated amount to be paid to officers, stockholders, directors, and financial and business consultants retained by it for the 30-day period following the filing of its chapter 11 petition. Pursuant to Local Rule 1007-2(b)(3), the Debtor also is required to disclose for the 30-day period following the filing of its chapter 11 petition, a list of its estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to

accrue that remain unpaid, other than professional fees.  All such information is set forth in the

interim 30-day budget attached hereto as Exhibit "D."

Dated: New York, New York
       May 7, 2015


                                                    /s/ Albert Nigri
                                                    Albert Nigri, President

# EXHIBIT A

# United States Bankruptcy Court
## Southern District of New York

In re   **Pretty Girl of Fordham Road Corp.**          Case No. _____

                                     Debtor(s)        Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **5th Avenue Intimate, Inc.**<br>**1020 East 48th Street**<br>**Brooklyn, NY 11203** | **5th Avenue Intimate, Inc.**<br>**1020 East 48th Street**<br>**Brooklyn, NY 11203** | **Trade debt** | | **8,479.80** |
| **David's Place**<br>**1155 S. Boyle Avenue**<br>**Los Angeles, CA 90023** | **David's Place**<br>**1155 S. Boyle Avenue**<br>**Los Angeles, CA 90023** | **Trade debt** | | **448.80** |
| **EMD Group**<br>**1410 Broadway**<br>**Ste #1201**<br>**New York, NY 10018** | **EMD Group**<br>**1410 Broadway**<br>**Ste #1201**<br>**New York, NY 10018** | **Trade debt** | | **2,472.00** |
| **Environmental Control**<br>**Peck Slip Station**<br>**PO Box 2307**<br>**New York, NY 10038** | **Environmental Control**<br>**Peck Slip Station**<br>**PO Box 2307**<br>**New York, NY 10038** | **Fines** | | **75,850.00** |
| **Fordham Grand LLC**<br>**304 Main Street**<br>**Allenhurst, NJ 07711** | **Fordham Grand LLC**<br>**304 Main Street**<br>**Allenhurst, NJ 07711** | **Rent Arrears** | | **675,000.00** |
| **Glacial Energy**<br>**PO Box 20277**<br>**Waco, TX 76702** | **Glacial Energy**<br>**PO Box 20277**<br>**Waco, TX 76702** | **Utilities** | | **2,011.00** |
| **Petriello & Mizrahi, LLC**<br>**1733 Sheepshead Bay Road**<br>**Suite 24**<br>**Brooklyn, NY 11235** | **Petriello & Mizrahi, LLC**<br>**1733 Sheepshead Bay Road**<br>**Suite 24**<br>**Brooklyn, NY 11235** | **Accountant Fees** | | **200.00** |
| **Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212-5124** | **Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212-5124** | **Utilities** | | **464.88** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# EXHIBIT B

# PRETTY GIRL OF FORDHAM ROAD CORP.
## Balance Sheet
### As of May 7, 2015

| | May 7, 15 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1110 · Chase Checking | 2,633.75 |
| 1130 · Cash on Hand | 0.00 |
| 1140 · Uncashed Checks | -1,235.10 |
| 3 · HSBC | 0.00 |
| **Total Checking/Savings** | 1,398.65 |
| | |
| **Other Current Assets** | |
| 1310 · Inventory | 303,076.00 |
| 1323 · Due to/from MegaWear | 203.00 |
| 1327 · Due to/from Stores | 279,024.32 |
| | |
| **Total Other Current Assets** | 582,303.32 |
| | |
| **Total Current Assets** | 583,701.97 |
| | |
| **Other Assets** | |
| 1410 · Security Deposits | 2,545.00 |
| **Total Other Assets** | 2,545.00 |
| | |
| **TOTAL ASSETS** | **586,246.97** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2100 · Accounts Payable | 829,359.53 |
| **Total Accounts Payable** | 829,359.53 |
| | |
| **Other Current Liabilities** | |
| 2210 · Payroll Liabilities | 2,335.86 |
| 2220 · Corporate Taxes Payable | 2,500.00 |
| 2300 · Tenant Security Deposits | 3,000.00 |
| **Total Other Current Liabilities** | 7,835.86 |
| | |
| **Total Current Liabilities** | 837,195.39 |
| | |
| **Total Liabilities** | 837,195.39 |
| | |
| **Equity** | |
| 3100 · Capital Stock | 100.00 |
| 3000 · Retained Earnings | -105,772.15 |
| Net Income | -145,276.27 |

# PRETTY GIRL OF FORDHAM ROAD CORP.
## Balance Sheet
**As of May 7, 2015**

| | May 7, 15 |
|---|---|
| **Total Equity** | -250,948.42 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 586,246.97 |

-

# EXHIBIT C

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fordham Grand LLC** v. **Pretty Girl of Fordham Road Corp.** **Index No. 901619/14** | | Landlord/ Tenant Civil Court of the City of New York County of Bronx | **Pending** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

# EXHIBIT D

# PRETTY GIRL OF FORDHAM ROAD CORP.
## Cash Budget

| | May 7 - 13 | May 14 - 20 | May 21 - 27 |
|---|---|---|---|
| **Sales** | 80,000.00 | 100,000.00 | 120,000.00 |
| **Total Income** | 80,000.00 | 100,000.00 | 120,000.00 |
| **Cost of Goods Sold** | | | |
| **Purchases** | 30,000.00 | 37,500.00 | 45,000.00 |
| **Shrinkage** | 1,500.00 | 1,875.00 | 2,250.00 |
| **Total COGS** | 31,500.00 | 39,375.00 | 47,250.00 |
| **Gross Profit** | 48,500.00 | 60,625.00 | 72,750.00 |
| **Expense** | | | |
| **Salaries & Wages** | 12,000.00 | 15,000.00 | 21,600.00 |
| **Rent** | 60,000.00 | 0.00 | 0.00 |
| **Utilities** | 0.00 | 12,000.00 | 0.00 |
| **Administration Expense** | 12,000.00 | 15,000.00 | 18,000.00 |
| **Total Expense** | 84,000.00 | 42,000.00 | 39,600.00 |
| **Net Income** | **-35,500.00** | **18,625.00** | **33,150.00** |

# PRETTY GIRL OF FORDHAM ROAD CORP.
## Cash Budget

|  | May 28 - Jun 3 |
| --- | ---: |
| **Sales** | 100,000.00 |
| **Total Income** | 100,000.00 |
| **Cost of Goods Sold** | |
| **Purchases** | 37,500.00 |
| **Shrinkage** | 5,000.00 |
| **Total COGS** | 42,500.00 |
| **Gross Profit** | 57,500.00 |
| **Expense** | |
| **Salaries & Wages** | 15,000.00 |
| **Rent** | 0.00 |
| **Utilities** | 0.00 |
| **Administration Expense** | 15,000.00 |
| **Total Expense** | 30,000.00 |
| **Net Income** | 27,500.00 |

# CERTIFICATE OF CORPORATE RESOLUTIONS
## OF PRETTY GIRLOF FORDHAM ROAD CORP.

The undersigned, the President of Pretty Girl of Fordham Road Corp., a corporation organized under the laws of the state of New York (the "**Company**")**,** does hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company (the "**Board**"), and they have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

RESOLVED, that the President and any other person designated and so authorized to act (each, an "**Authorized Officer**") be, and hereby are, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as said Authorized Officer executing the petition shall determine; and it is further

RESOLVED, that the law firm of Rosen & Associates, P.C., 747 Third Avenue, New York, New York 10017-2803, is hereby employed as attorneys for the Company in the Company's chapter 11 case; and it is further

RESOLVED, that each Authorized Officer be, and hereby is, authorized on behalf of the Company to execute and file all petitions, schedules, motions, lists, applications, and other papers and to take and perform any and all action which he/she may deem necessary or proper in connection with such proceedings under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that any and all past actions heretofore taken by each Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of May 2015.

**Pretty Girl of Fordham Road Corp.**

By: /s/ Albert Nigri
Albert Nigri, President

5TH AVENUE INTIMATE, INC.
1020 EAST 48TH STREET
BROOKLYN, NY 11203


DAVID'S PLACE
1155 S. BOYLE AVENUE
LOS ANGELES, CA 90023


EMD GROUP
1410 BROADWAY
STE #1201
NEW YORK, NY 10018


ENVIRONMENTAL CONTROL
PECK SLIP STATION
PO BOX 2307
NEW YORK, NY 10038


FORDHAM GRAND LLC
304 MAIN STREET
ALLENHURST, NJ 07711


GLACIAL ENERGY
PO BOX 20277
WACO, TX 76702


JP MORGAN CHASE BANK, N.A.
C/O PLATZER SWERGOLD LLP
475 PARK AVENUE SOUTH
NEW YORK, NY 10016


PETRIELLO & MIZRAHI, LLC
1733 SHEEPSHEAD BAY ROAD
SUITE 24
BROOKLYN, NY 11235


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124

# United States Bankruptcy Court
## Southern District of New York

In re  **Pretty Girl of Fordham Road Corp.**        Case No. _____

Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pretty Girl of Fordham Road Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Albert Nigri**
**c/o Mega Wear Corp.**
**1407 Broadway, Suite 2310**
**New York, NY 10018**

☐ None [*Check if applicable*]

**May  7, 2015**
_____
Date

**/s/ Sanford P. Rosen**
_____
**Sanford P. Rosen (SR-4966)**
Signature of Attorney or Litigant
Counsel for   **Pretty Girl of Fordham Road Corp.**
**Rosen & Associates, P.C.**
**747 Third Avenue**
**New York, NY 10017-2803**
**(212) 223-1100 Fax:(212) 223-1102**
**srosen@rosenpc.com**